9:25 CV 208

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 16 2025

BY:
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ~~[redacted]~~
_____Lufkin_____ DIVISION

CASE NO. _____

Jury Trial: ☐ Yes ☐ No
(Check One)

9:25 CV 208

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Courtney Daniel Warren
   # 62788

   Address: 2311 East Lufkin avenue

   Name of plaintiff: _____
   # _____

   Address: _____

   Name of plaintiff: _____
   # _____

   Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. (1) Name of defendant: Sergent Estes
   Position: Sergent of Lufkin Police Dept
   Place of employment: Lufkin Police dept
   Address: _____

   (2) Name of defendant: Noah Cole
   Position: Officer of Lufkin Police Dept

4

Place of employment: Lufkin Police Dept

Address: _____

(3) Name of defendant: Officer Ibarra

Position: Officer of Lufkin Police Dept

Place of employment: Lufkin Police Department

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

5

☐ Court (if federal court, name the district; if state court, name the county): _____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: *Angelina County Jail*

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

____ in jail and still awaiting trial on pending criminal charges

____ serving a sentence as a result of a judgment of conviction

____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ____   No ✓

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

(#1)

## Statement of Facts

I, Courtney Daniel Warren #SO 62788. I am located in the Angelina County Jail. On 03/26/2025 at 00:19 Officer Cole said that He made a Traffic Stop Due to a obscurred license Plate. But How Could you see a Obscurred license Plate if you were on the opposite side of the light going a totally different direction and it was my Back license Plate at that. THe Report States (Sgt. Estes) observed Destiny Ebarb the Passenger attempting to Conceal a hypodermic Needle. It states my vehicle was searched and more drug Paraphenelia was found, a Pipe was found in the Center Console and a glass Pipe was found under the Driver Seat. (Facts) THe Pipe under the seat was mine and the Pipe in the Center Console was mine also. Next it states that Destiny Ebarb Denied ownership. (First of all) She Denied the Syringe after Sgt. Estes Said in the Report that He Seen Her trying to Conceal a Hypodermic Needle Why would you charge me with it if it wasnt mine. That was Totally a lie and Falsifying information and malicious Proscecution. When I walked into the Jail at Angelina County. The officer gave me a Citation and said sign it, and said Courtney are you going to sign for the Pipe Under the seat and Console I said yes. But in actuality I was tricked

(#2)

and lied too in order to clear a case. THe of all Paraphenelia Passenger was a Caucasion Female. I am a Black Male and If I was pulled over why would you Just talk to Her and Not me this is Bias and it's like they gave Her the authority over what she wanted to claim in my vehicle instead of asking me and dealing with me. I asked the officer Cory Hubbard may my wife come get my truck. He said yes I Had full coverage on my truck and He Towed my vehicle anyways. I was one street over from my Residence. THey also lied and Said that she was Booked in the angelina County Jail But they lied about that they let Her Walk away. But charged me with all of Her Paraphenelia as well. You will Read the Report and Observe the Contradiction and the lies that are in the Report. I will not let anyone lie on me and Treat me less then. I told the officers to get Her out of my vehicle So that she would not throw any thing. When you Review the Body Cam of officers you will observe deciet and lies. on tHe Date of 03/26/2025 at Time 9:23 PM District 5 Thank you

Please Respond

Courtney Warrell

Yes _____   No _____

If not, why? _____

_____

VII.  Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Would like $300,000 dollars " Three Hundred Thousand dollar / to compensate for the illegal charge that was put on me / for Lieing on the police Report and falsifying documents. Loss wages / Mental anguish / Loss of liberty / emotional distress Defamation of My Character

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 7th day of July, 20 25.

Signature(s) of plaintiff(s)

8

# Lufkin Police Department
### 300 East Shepherd Ave.
### Lufkin, TX 75901
### Phone: (936) 633-0356
### Fax: (936) 639-9646
### Records Division Hours of Operation Monday - Friday, 8am - 5pm

## Public Case Report

**Report Number:** 2500009602

---

### REPORT INFORMATION

**Report Type:** POSSESSION OF DRUG PARAPHERNALIA

**Location:** 200 N RAGUET ST, Lufkin TX

**Business Name:**

**Business Address:**

**Date/Time Reported:** 03/26/2025 00:09:23

**Report Area:**

**District:** 5

**Officer:** Cole, Noah / Det:

---

### PERSON/ORGANIZATION

| Name | Ethnicity | Race | Sex | Entity Type |
|---|---|---|---|---|
| Destiny Nicole Ebarb | Non-Hispanic | White | Female | Arrestee |
| Courtney Warren | Non-Hispanic | Black | Male | Arrestee |

### PROPERTY

| Make | Model | Item Name | Size | Description | Value |
|---|---|---|---|---|---|
| | | Metal Pipe | | Metal Pipe. | |
| | | Plastic Pen Capsule | | Plastic Pen Capsule attached with a glass end. | |
| | | Glass Pipe | | Used Glass Pipe. | 1 |
| | | Syringe | | Used Syringe. | 1 |
| | | Tinfoil | | Used Tin Foil. | 1 |

### VEHICLES

| Make | Model | Body Style | Description |
|---|---|---|---|
| Ford | F-150 | Pickup | |

### PUBLIC NARRATIVE

Man issued citation for drug paraphernalia.

---

4/16/2025                                                                                               Page 1 of 1

"Incident number: 2500009602

On 03/26/2025 at approximately 00:19 hours, Officer Cole initiated a traffic stop near the intersection of Raguet @ W Frank.

Officer Cole conducted a traffic stop on a 2010 maroon Ford F-150 bearing TXLP VWK6719 for an obscured license plate. The driver of the vehicle was Courtney Warren. During the course of the traffic stop, it was found that Warren had a warrant for a parole violation of out ORI TX227015G, warrant #09-10-2024-07649254. Warren was placed under arrest and transported to the Angelina County Jail by Officer Cole to serve the warrant.

During the course of the traffic stop, Sgt. Estes observed the passenger attempting to conceal a hypodermic needle. The vehicle was searched, and more drug paraphernalia was found. A pipe was found in the center console and a glass pipe was found under the driver's seat. The passenger Destiny Ebarb denied ownership of these two pieces of drug paraphernalia, so it was deemed with their location relative to Warren that he was in possession of the paraphernalia. He was issued citation #26869 for the paraphernalia and signed the citation at the jail.

All of the paraphernalia was given to Officer Ibarra who placed it in evidence.

Case cleared exceptionally. "