**UNITED STATES DISTRICT COURT**                    **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| COURTNEY DANIEL WARREN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:25-CV-208 |
| | § | |
| SERGEANT ESTES, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Courtney Daniel Warren, a prisoner confined at the Angelina County Jail, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. On October 21, 2025, the magistrate judge recommended dismissing the action without prejudice for want of prosecution. Proper notice was sent to Plaintiff at his last known address. *See* FED. R. CIV. P. 5(b)(2)(C). To date, the parties have not filed objections to the magistrate judge's Report and Recommendation.

The court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge (#5) is

**ADOPTED**.   A final judgment will be entered in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 20th day of November, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE