**UNITED STATES DISTRICT COURT**　　　　**EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| COURTNEY DANIEL WARREN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:25-CV-208 |
| | § | |
| SERGEANT ESTES, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

This action came on before the court, Honorable Marcia A. Crone, District Judge, presiding, and, the issues having been considered and a decision having been rendered, it is

**ORDERED** and **ADJUDGED** that this civil rights action is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b).  All motions not previously ruled on are **DENIED**.

SIGNED at Beaumont, Texas, this 20th day of November, 2025.

_____

MARCIA A. CRONE

UNITED STATES DISTRICT JUDGE